# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| HARVEY LAMAR STUBBS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:15-cv-45 |
| | * | |
| v. | * | |
| | * | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's August 11, 2017, Report and Recommendation, dkt. no. 27, to which the parties failed to file Objections.[1] Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **GRANTS** Defendant's Motion to Dismiss, dkt. no. 11, **DISMISSES** this action, and **DISMISSES AS MOOT** Defendant's Motion to Strike, dkt. no. 22.

---

[1] Plaintiff filed a Letter with the Court, dkt no. 28, but even reading this submission liberally, it cannot be construed as an Objection to the Report and Recommendation. In fact, Plaintiff fails to mention either the Report or Defendant's Motion to Dismiss in his Letter.

AO 72A
(Rev. 8/82)

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 25 day of September, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)